```
JOHN F. GARLAND  #117554
Attorney at Law
2950 Mariposa Street, Suite 130
Fresno, California  93721

Telephone: (559) 497-6132

Attorney for Defendant,
ASHLEY HULLON
```

## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ASHLEY HULLON,<br><br>    Defendant. | Case No. 1:19-CR-00250 NONE-SKO<br><br>**STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE AND SUPERVISION AND ORDER THEREON** |

Defendant, ASHLEY HULLON, by and through his counsel, John F. Garland and the United States of America, by and through its counsel, Phillip A. Talbert, Acting United States Attorney and Laurel J. Montoya, Assistant United States Attorney, hereby stipulate that the conditions of release of defendant ASHLEY HULLON ordered by this Court on November 21, 2019 (Doc. 17) be modified to include the following special conditions:

1. You must participate in the Better Choices court program and comply with all the rules and regulations of the program. You must remain in the program until released by the Pretrial Services Officer. In accordance with this condition, you must appear before Magistrate Judge Erica P. Grosjean courtroom, telephonically, on October 20, 2021 at 10:00 a.m.

2. All prior orders of the Court not in conflict with the above special conditions remain in full force and effect.

The reasons for the modification of release conditions are as follows:

During a routine criminal record check in August of 2021, Pretrial Services discovered the defendant had a Failure to Appear in Kern County Traffic Court, dated March 11, 2021, for the following infraction violations: VC21651A (crossing yellow line) and 23222B (possession of marijuana in vehicle). Pretrial Services contacted the defendant and she denied having any police contact or failures to appear, specifically on/about March 11, 2021.

On September 1, 2021, an official from Kern County Traffic Court confirmed the defendant's name/DOB/driver's license number and that she was pulled over on March 11, 2021, then was cited for the above noted violation code infractions. Ms. Hullon was ordered to appear in Court or pay her fines before May 20, 2021; however, she failed to do so and on July 13, 2021, Ms. Hullon failed to appear in Traffic Court. Pretrial Services obtained an electronic copy of the citation from Traffic Court, which confirmed the pending infractions. Ms. Hullon also failed to report for random drug testing on September 4, 2021, and she failed to make-up the drug test at the Pretrial Services office within a timely manner.

Pretrial Services verbally admonished the defendant for her lack of candor and failure to report police contact to Pretrial Services within 24 hours, then directed her to put herself on calendar in Traffic Court to address the failure to appear. On September 14, 2021, Ms. Hullon reported she appeared in Traffic Court for the citation, and she cleared her failure to appear. She reported she is on a payment plan to pay the fine.

On September 19, 2021, Pretrial Services received notification that the defendant tested confirmed positive for THC on August 27, 2021. The defendant denied smoking marijuana; however, she reported she believes the positive urinalysis test is due to being around others who smoke marijuana. Pretrial Services verbally admonished her and increased her drug testing requirements from once per month to three times per month. She last submitted a negative drug test on September 10, 2021.

Since defendant's release from custody, she has struggled to maintain consistent employment, and she is currently unemployed. Pretrial Services directed the defendant to apply for employment weekly and to report to Pretrial Services each week regarding her progress. It appears she is applying for employment at this time.

Initially, Pretrial Services intended to bring this matter before the Duty Magistrate Judge for a formal violation hearing; however, Pretrial Services has reconsidered this course of action due to Ms. Hullon's responsiveness to Pretrial Services Officer McConville and her willingness to redirect herself. Ms. Hullon addressed her infractions in Traffic Court, she is drug testing three time per month, and she reported she is applying for employment opportunities. Pretrial Services respectfully recommends she be Ordered to participate in the Better Choices program as a sanction and alternative to a violation petition and hearing.

Pretrial Services Officer Jessica McConville agrees to the above modification of pretrial release conditions.

Dated:  September 27, 2021                    /s/ John F. Garland
                                              John F. Garland
                                              Attorney for Defendant
                                              ASHLEY HULLON


Dated:  September 27, 2021                    Phillip A. Talbert
                                              Acting United States Attorney

                                              /s/   Laurel J. Montoya
                                              By:   Laurel J. Montoya
                                                    Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, based on the stipulation of the parties,

IT IS HEREBY ORDERED that Pretrial Release conditions of defendant ASHLEY HULLON are modified as set forth above.

**IT IS SO ORDERED**

IT IS SO ORDERED.

Dated:  **September 27, 2021**                _____
                                              UNITED STATES MAGISTRATE JUDGE