JOHN F. GARLAND   #117554
Attorney at Law
2950 Mariposa Street, Suite 130
Fresno, California  93721

Telephone:  (559) 497-6132

Attorney for Defendant,
ASHLEY HULLON

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-CR-00250 JLT-SKO |
|---|---|
| Plaintiff, | **APPLICATION FOR ORDER EXONERATING CASH BOND AND ORDER THEREON** |
| v. | |
| ASHLEY HULLON, | |
| Defendant. | |

Defendant, ASHLEY HULLON, by and through her counsel, John F. Garland, hereby moves the Court for an order exonerating the cash bond deposited with the Clerk of the Court in the above captioned case.

On November 18, 2019 defendant ASHLEY HULLON was arrested pursuant to a Warrant of Arrest issued by this Court for charges in the above captioned case. On November 21, 2019 United States Magistrate Judge Stanley A. Boone ordered the release of Ms. Hullon, setting conditions of pretrial supervision, and a $2,000.00 cash bond. Ashley Hullon was released from custody on November 21, 2019 following the deposit of $2,000.00 cash with the Clerk of the Court by NICOLE BROOMFIELD on November 21, 2019 [Doc. 14  (Receipt # CAE100044225)].

On August 4, 2022 Ashley Hullon appeared before the United States Magistrate Judge Sheila K. Oberto via Zoom on a Pretrial Services Violation Petition and her pretrial release was Revoked. The Court order Ashley Hullon to self surrender to the United States Marshal in Fresno on August 5, 2022 at 9:00 a.m. [Doc. 68] On August 5, 2022 Ms. Hullon surrendered herself to the United States Marshal as ordered and she was placed into custody at the Fresno County Jail pending the duration of the case. On March 27, 2023 Ashley Hullon entered a plea of guilty to Count 1 of the Indictment and on July 10, 2023 this Court sentenced Ashley Hullon to 70 months imprisonment. Ms. Hullon is currently in the custody of the United States Marshal at the Fresno County Jail pending transportation to a Bureau of Prisons facility to serve her sentence.

ASHLEY HULLON hereby requests the Court exonerate the cash bond set by the Magistrate Judge and order the Clerk of the Court to return the $2,000.00 cash (Receipt # CAE100044225) to **NICOLE BROOMFIELD** at 9316 N. Barton Avenue, Fresno, CA 93720.

Dated:  July 13, 2023                                             Respectfully submitted,

 /s/ John F. Garland
John F. Garland
Attorney for Defendant
Ashley Hullon

///

///

///

///

**ORDER**

IT IS HEREBY ORDERED that the cash bond posted by NICOLE BROOMFIELD is exonerated and the Clerk of the Court is directed to return the $2,000.00 cash (Receipt # CAE100044225) to NICOLE BROOMFIELD at 9316 N. Barton Avenue, Fresno, CA 93720.

IT IS SO ORDERED.

Dated: **July 15, 2023**

_____
UNITED STATES DISTRICT JUDGE