UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ASHLEY HULLON,<br><br>　　　　　　Defendant. | Case No.: 1:19-cr-00250 JLT SKO<br><br>ORDER DENYING DEFENDANT'S MOTION FOR SENTENCE REDUCTION<br><br>(Doc. 62) |

Ms. Ashley Hullon seeks a reduction in her sentence based upon the Amendments to the United States Sentencing Guidelines, by claiming she was a "zero-point offender." Because, in fact, Ms. Hullon's criminal history placed her in a criminal history category I, the motion is **DENIED**.

**I. Analysis**

Ms. Hullon plead guilty to one count of Conspiracy to Commit Hobbs Act Robbery, in violation of 18 U.S.C. § 1951. (Doc. 77) At the sentencing hearing, the Court determined Ms. Hullon's criminal history placed her in a criminal history category I. (Doc. 80 at 9) This was due to her conviction in 2010 for Petty Theft. (Doc. 80 at 9) According to the Sentencing Table in USSG Chapter 5, Part A, this established a criminal history category of I.

Because § 4C1.1 provides for a reduction only for those with no criminal history points, Ms. Hullon is not entitled to the adjustment. Likewise, the Court recognizes that Ms. Lozano

Perez was not on supervision at the time that he engaged in the criminal acts at issue (Doc. 80 at 9), and the Court acted accordingly and did not increase his criminal score by any such "status points." *Id*. at 8. The Court appreciates that Ms. Hullon has been making good effort to rehabilitate herself. (Doc. 86 at 3) She completed a class while held in Tucson and, now that she is placed in Phoenix, she has applied to be admitted to other programs. *Id.* She is committed to making changes to become the person that she, her family and her community will be proud of. *Id*. The Court recognizes her effort and is impressed by her commitment. Even still, she is not entitled to a sentencing adjustment based upon the Amendments to the Sentencing Guidelines. Thus, her motion to reduce his sentence (Doc. 86) is **DENIED**.

IT IS SO ORDERED.

Dated:   **April 1, 2024**

UNITED STATES DISTRICT JUDGE